1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HERRERA, HUMBERTO HERRARA, GERARDINA HERRERA, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, OFFICER SERRATA and DOES 1-30, <br><br>Defendants. | ) CASE NO. CV08-3106 ODW (SHx) <br>) Assigned for All Purposes to: <br>) Hon. Otis D. Wright II <br>) <br>) **ORDER RE STIPULATED** <br>) **PROTECTIVE ORDER** <br>) <br>) <br>) <br>) <br>) <br>) *(For Determination By Magistrate Judge* <br>) *Stephen J. Hillman)* <br>) |

///

## **ORDER ON STIPULATION FOR PROTECTIVE ORDER**

After full consideration, the requested protective order is hereby issued, with all parties bound by the Agreement to be Bound by Confidentiality Stipulation, attached as Exhibit A to the Stipulation and Protective Order.

DATED: November 12, 2009       / S /_____
*Hon. Stephen J. Hillman*
*Magistrate Judge of the United States District Court*