1   **ROBERT MANN**, SBN 48293
2   **DONALD W. COOK**, SBN 116666
    ATTORNEYS AT LAW
3   E-Mail: manncook@earthlink.net
    3435 Wilshire Boulevard., Suite 2900
4   Los Angeles, California 90010
    Telephone: (213) 252-9444
5   Facsimile: (213) 252-0091

6
    **CYNTHIA ANDERSON-BARKER**, SBN 175764
7   LAW OFFICE OF CYNTHIA ANDERSON-BARKER
    E-Mail: cablaw@hotmail.com
8   3435 Wilshire Blvd., Suite 2900
    Los Angeles, CA 90010
9   (213) 381-3246

10
    **ELLEN HAMMILL ELLISON**, SBN 141429     **OLU K. ORANGE**, ESQ., SBN 213653
11  LAW OFFICE OF ELLEN HAMMILL ELLISON       ORANGE LAW OFFICES
    E-Mail: ellenellison1116@yahoo.com        E-Mail: o.orange@orangelawoffices.com
12  3435 Wilshire Blvd., Suite 2900           3435 Wilshire Blvd., Suite 2900
    Los Angeles, California 90010             Los Angeles, California 90010
13  (213) 365-8225                            Telephone: (213) 736-9900
                                              Facsimile: (213) 406-1250
14

15  Attorneys for Plaintiffs

16              **UNITED STATES DISTRICT COURT**

17             **CENTRAL DISTRICT OF CALIFORNIA**

18
19  Manuel Herrera, Humberto Herrera,         Case No. CV08-3106 ODW (SHx)
    Gerardina Herrera,
                                              *Assigned to Hon. Otis D. Wright II*
20            Plaintiffs,
                                              **ORDER RE VOLUNTARY**
21  vs.                                       **DISMISSAL OF ENTIRE ACTION**
                                              **WITH PREJUDICE**
22  City of Maywood, Maywood-cudahy
23  Police Department,  Bruce Leflar, Paul    [FRCP 41 (a)(1)]
    Pine,  Serrata, and Does 1-30,
24
              Defendants.
25

26          Pursuant to the parties' stipulation and F.R.Cv.P. Rule 41(a)(1), the Court hereby
27
    dismisses this action with prejudice.  The Court retains jurisdiction for 120 days from
28

                                        -1-                              00063443.WPD

1  this date for the purpose of enforcing the parties' settlement agreement and ruling on

2  Plaintiffs' Motion for Attorney's Fees.

3  DATED:

4

5

6                               _____
                                    **HON. OTIS D. WRIGHT II**
                                Judge, United States District Court
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00063443.WPD